

# NUMBER 13-21-00360-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

DANIEL EDUARDO GONZALEZ,                                      Appellee.

On appeal from the 445th District Court
of Cameron County, Texas.

# ORDER

Before Justices Benavides, Longoria, and Tijerina
Order Per Curiam

Appellant, the State of Texas, by and through the County and District Attorney in and for Cameron County, Texas, has filed a motion for stay of the trial court proceedings in the above-referenced appeal. On October 13, 2021, the trial court granted a motion to suppress evidence. On October 20, 2021, the State filed a notice of appeal and its motion

for stay of the trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5),(e).

The Court, having examined and fully considered the motion for stay of the trial court proceedings, is of the opinion that said motion should be granted. Accordingly, we grant the State's motion for stay and we order the trial court's proceedings to be stayed pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
22nd day of October, 2021.

2